JOSEPHINE WAYMAN, Respondent, *v.* RHEA FULDER, Appellant.

Argued March 1, 1940; decided March 15, 1940.

*Gerald W. O'Connor* for appellant.

*Joseph J. Casey* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.